feeleyinf

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD DONALD FEELEY, | CRIMINAL CASE NO. 05-00073 <br><br> **INFORMATION** <br><br> **POSSESSION OF CHILD PORNOGRAPHY** <br> [18 U.S.C. § 2252A(a)(5)(B)] |

THE UNITED STATES ATTORNEY CHARGES:

In or about April 2004, in the District of Guam, the defendant herein, EDWARD DONALD FEELEY, did knowingly possess a computer hard drive containing images of child pornography as defined in Title 18, United States Code, § 2256(8)(A), to-wit: visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, including sexual intercourse, bestiality, and lascivious exhibitions of the genitals and pubic areas,

//

//

//

that had been mailed, shipped and transported in interstate and foreign commerce, by any means, including by computer.

ALL IN VIOLATION of Title 18, United States Code, § 2252A(a)(5)(B).

DATED this /2th day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant __X__ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

05-00073

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Edward Donald Feeley_____

Allisas Name _____

Address _____

_____Inarajan, Guam_____

RECEIVED OCT 12 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

Birth date __XX/XX/1957__ SS# __XXX-XX-6703__ Sex __M__ Race __C__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Jeffrey J. Strand__

**Interpreter:** __X__ No ____ Yes         List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____1____    ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 2252A(a)(5)(B) | POSSESSION OF CHILD PORNOGRAPHY | 1 |
| Set 2 | | |
| Set 3 | | |

(Continued on reverse)

Date: __10/12/05__    Signature of AUSA: _____