IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00073          DATE: 10/17/2005

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge        Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                            Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:39:27 - 10:58:20      CSO: L. Ogo

************************ A P P E A R A N C E S ************************

**DEFT:** __EDWARD DONALD FEELEY__          **ATTY:** __HOWARD TRAPP__
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.       ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** JEFF STRAND              **AGENT:**

**U.S. PROBATION:** ROSANNA VILLAGOMEZ-AGUON    **U.S. MARSHAL:** V. ROMAN

***

**PROCEEDINGS: INITIAL APPEARANCE / WAIVER OF INDICTMENT / INFORMATION / PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __48__  HIGH SCHOOL COMPLETED: __MASTER'S DEGREE & BEYOND__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: __INFORMATION - POSSESSION OF CHILD PORNOGRAPHY__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __OCTOBER 17, 2005__  PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __FEBRUARY 6, 2006__ at __9:30 A.M.__  ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT DUE TO PARTIES: __DECEMBER 12, 2005__  LODGE WITH COURT: __JANUARY 20, 2006__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT RELEASED ON AS PREVIOUSLY ORDERED BY THIS COURT IN CRIMINAL CASE NO. 05-00064

**NOTES:**

__Defendant consented to enter his guilty plea before a U.S. Magistrate Judge. Defendant executed a Waiver of Indictment. The Court executed the Report and Recommendation Concerning Plea of Guilty.__