# United States District Court

FOR THE _____ **DISTRICT OF** _____ GUAM _____

**UNITED STATES OF AMERICA**

v.

EDWARD DONALD FEELEY

**WAIVER OF INDICTMENT**

Case Number: **05-00073**

Defendant(s).

I, _____Edward Donald Feeley_____ the above-named defendant, who is accused of

POSSESSION OF CHILD PORNOGRAPHY in Violation of Title 18, United States Code, Section 2252A(a)(5)(B),

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _OCTOBER 17, 2005_ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_____
EDWARD DONALD FEELEY
*Defendant*

_____
HOWARD TRAPP
*Counsel for Defendant*

Before: _____
~~Judicial Officer~~
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge