
FILED
DISTRICT COURT OF GUAM
OCT 17 2005 *7P*
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00073 |
| Plaintiff. | ) | |
| vs. | ) | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE |
| EDWARD DONALD FEELEY, | ) | |
| Defendant. | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///


ORIGINAL

1 sentencing hearing at which the District Judge will decide whether to accept or reject any

2 associated plea agreement, and will determine and impose sentence.

3 DATED this 17th day of October 2005.

———————————————
EDWARD DONALD FEELEY
Defendant

———————————————
HOWARD TRAPP
Attorney for Defendant

APPROVED:

———————————————
JEFFREY J. STRAND
Assistant U.S. Attorney