# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Edward Donald Feeley,<br><br>Defendant. | Case No. 1:05-cr-00073<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation filed October 17, 2005*, on the dates indicated below:

*U.S. Attorney's Office*            *Howard Trapp*
*October 18, 2005*                  *October 18, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation filed October 17, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 19, 2005                    /s/ Marilyn B. Alcon
                                          Deputy Clerk