# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>  vs.<br><br>Edward Donald Feeley,<br><br>   Defendant. | Case No. 1:05-cr-00073<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Minute Entry – Initial Appearance, Waiver of Indictment, Information, Plea filed October 17, 2005 and Order Setting Conditions of Release filed October 19, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| October 20, 2005 | *October 21, 2005* | *October 20, 2005*<br>*October 20, 2005*<br>*(Minute Entry)* | October 20, 2005 |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Minute Entry – Initial Appearance, Waiver of Indictment, Information, Plea filed October 17, 2005 and Order Setting Conditions of Release filed October 19, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 23, 2005                              /s/ Marilyn B. Alcon
                                                         Deputy Clerk