# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Edward Donald Feeley, <br><br> Defendant. | Case No. 1:05-cr-00073 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order on Report and Recommendation filed November 7, 2005,* on the dates indicated below:

*U.S. Attorney's Office*  *Howard Trapp*
*November 8, 2005*  *November 8, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order on Report and Recommendation filed November 7, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 8, 2005                    /s/ Marilyn B. Alcon
                                              Deputy Clerk