# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| --- | --- |
| V. | |
| **EDWARD DONALD FEELEY** | Case Number:    **CR-05-00073** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| --- | --- |
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time<br>**Monday, December 12, 2005 at 1:30 p.m.** |
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | |

To answer a(n)
    ☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    **X** Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3148**

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

| **MARILYN B. ALCON, Deputy Clerk** | *[signature]* |
| --- | --- |
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**December 5, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 12/7/2005 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 520 West Soledad Ave Hagatna Guam 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address:
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12/7/2005
            Date

J. Salas
Name of United States Marshal

V. L.
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.