DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00073        DATE: December 12, 2005

HON. JOAQUIN V. E. Manibusan, Jr., Magistrate Judge, Presiding        Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded - RUN TIME: 1:34:25 - 2:10:02        CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** __EDWARD DONALD FEELEY__        **ATTY:** __HOWARD TRAPP__
( X ) PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.        ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** JEFF STRAND        **AGENT:**

**U.S. PROBATION:** ROBERT CARREON        **U.S. MARSHAL:** V. ROMAN / R. LUMAGUI

**INTERPRETER:**_____ ( ) SWORN    **LANGUAGE:**_____

**PROCEEDINGS:**            - INITIAL APPEARANCE
            - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD
                NOT BE REVOKED

( X ) ALLEGATIONS STATED BY THE PROBATION OFFICER
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF
        THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF
    SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( X ) PROCEEDINGS CONTINUED TO: __Monday, December 19, 2005 at 11:00 a.m.__
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL
    SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) **NOTES:**

Government and the probation officer stated their recommended modification to the defendant's release conditions. Defense strongly opposed.

The Court continued the matter to December 19, 2005 at 11:00 a.m.

Courtroom Deputy: _____