ORIGINAL

Adopt.psr

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC 13 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>EDWARD DONALD FEELEY,<br><br>   Defendant. | CRIMINAL CASE NO. 05-00073<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant, with the exception of what appears to be a clerical error in the last line of Paragraph 49. More specifically, the date should reflect January "2006" versus January 2005.

RESPECTFULLY SUBMITTED this 13th day of December, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

BY: _____
JEFFREY J. STRAND
Assistant U.S. Attorney