

**FILED**

DISTRICT COURT OF GUAM

DEC 19 2005

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00073**　　　　**DATE: 12/19/2005**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**　　　Law Clerk: Judith Hattori

Court Recorder & Courtroom Deputy: Virginia T. Kilgore

**Hearing Electronically Recorded: 11:06:09 - 11:07:56**　　　CSO: B. Pereda

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:　EDWARD DONALD FEELEY**　　　**ATTY:　HOWARD TRAPP**

( X ) PRESENT　( ) CUSTODY　( ) BOND　( X ) P.R.　　( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**　　　　　**AGENT:**

**U.S. PROBATION: ROBERT CARREON**　　　　**U.S. MARSHAL: G. PEREZ**

INTERPRETER:_____　( ) SWORN　　LANGUAGE:_____

***

**PROCEEDINGS:　CONTINUED ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) ALLEGATIONS STATED BY THE PROBATION OFFICER

( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF
　　THE VIOLATIONS

( ) ARGUMENT BY THE DEFENDANT

( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS

( ) DEFENDANT DENIES THE ALLEGATIONS

( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF
　　SUPERVISED RELEASE

( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED

( ) CONDITIONS MODIFIED OR CONTINUED

( ) PROCEEDINGS CONTINUED TO: _____

( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL
　　SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**( X ) NOTES:**

<u>The Court Denied the pretrial officer's request to modify the defendant's release conditions. The Court stated that the defendant may continue to participate in the hikes pending his sentencing.</u>