# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

United States of America

V.

**DONALD EDWARD FEELEY**

**NOTICE**

CASE NUMBER: CR-05-00073

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| TYPE OF PROCEEDING | |
| **SENTENCING** | |

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2006
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Monday, February 6, 2006<br>at 9:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>Monday, February 6, 2006 at 2:00 p.m. |
|---|---|---|

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_/s/ Hernandez_
(BY) DEPUTY CLERK

<u>January 25, 2006</u>
DATE

TO: U.S. Attorney's Office
Howard Trapp
U.S. Probation Office
U.S. Marshal Service