# United States District Court

**DISTRICT OF** GUAM

UNITED STATES OF AMERICA,

    Plaintiff.

v.

EDWARD DONALD FEELEY,

    . Defendant.

TO:

Pamina J. Hofer, Ph.D.
217A Dormitory Drive
Mangilao, GUAM 96913

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-00073

**FILED**
DISTRICT COURT OF GUAM
FEB -1 2006
MARY L.M. MORAN
CLERK OF COURT

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue, Hagatna | 413 |
| | DATE AND TIME<br>February 6, 2006<br>2:00 p.m. |

[X] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All charts, records, reports, papers, documents, and photographs in your possession, custody, or control which in any way concern, pertain to, or have to do with Edward Donald Feeley.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**MARY L. M. MORAN**<br>Clerk Of Court | DATE |
|---|---|
| (By) Deputy Clerk<br>[signature] | JAN 27 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
HOWARD TRAPP, Esq.
for Howard Trapp Incorporated
(671) 477-7000

200 Saylor Building
139 Chalan Santo Papa
Hagatna, GUAM 96910

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE January 27, 2006 | PLACE U.S. District Court of Guam 520 W. Soledad Ave., Hagatna, Guam |
| SERVED | DATE January 31, 2006 | PLACE 217A Dormitory Dr., Mangilao, Guam |
| SERVED ON (PRINT NAME) Pamina J. Hofer, Ph.D. | | FEES AND MILEAGE TENDERED TO WITNESS ☒ YES ☐ NO AMOUNT $ 50.00 |
| SERVED BY (PRINT NAME) Carlos R. Taitano | | TITLE Investigator |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1-31-06
Date

Signature of Server

200 Saylor Building, 139 Chalan Santo Papa,
Address of Server    Hagatna, Guam 96910

ADDITIONAL INFORMATION