ORIGINAL

FILED
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00073 nba |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **GOVERNMENT'S EX PARTE** |
| ) | **MOTION TO FORCE-FEED** |
| ) | **PRISONER** |
| ) | |
| EDWARD DONALD FEELEY, ) | |
| ) | |
| Defendants. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves this Honorable Court for an Order, authorizing the force-feeding of prisoner EDWARD DONALD FEELEY, via a nasogastric tube and under restraint as necessary, for such reasons as are evidenced by letters from the attending physician, attached hereto as Exhibits A and B.

RESPECTFULLY submitted this 15th day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney




# DEPARTMENT OF CORRECTIONS
*Depattamenton Mangngurihi*
P.O. Box 3236
Hagatna, Guam 96932

**Felix P. Camacho**
*Governor*

**Kaleo S. Moylan**
*Lt Governor*

**Robert D. Camacho**
*Director*

**Jose B. Palacios**
*Deputy Director*

**Francisco B. Crisostomo**
*Warden*

**Michael P. Quinata**
*Chief Parole Officer*

**Joseph T. Afaisen**
*Administrator,*
*CCSD - RSAT - Forensic*

**Luis M. Paulino**
*Administrative Services Officer*

February 15, 2006

To:          Richard Lumagi, U.S Marshal

Via:         Channel 9?

From:        DOC Physician

Subject:     Hunger Strike

Reference:   Federal Detainee Edward Feely

Detainee Edward Feely has been admitted again to G.M.H. for intravenous hydration. Hydration alone will not be enough to sustain life. If we do not force-feed him nutrients through nasogastric tube his life will be in jeopardy. He is still refusing to eat on his own. His hunger strike is at day ten (10). Therefore, we are cordially requesting the Court to grant an order for force-feeding under restraints as necessary.

Your assistance in this matter is greatly appreciated.

Young Chang, M.D.

Tel No.: 475-6222 / 6298/473-7022 / 7027
Fax. No: 473-7024

**EXHIBIT**
*A*



# DEPARTMENT OF CORRECTIONS
*Depattamenton Mangngurihi*
P.O. Box 3236
Hagatna, Guam 96932

**Felix P. Camacho**
*Governor*

**Kaleo S. Moylan**
*Lt Governor*

**Robert D. Camacho**
*Director*

**Jose B. Palacios**
*Deputy Director*

**Francisco B. Crisostomo**
*Warden*

**Michael P. Quinata**
*Chief Parole Officer*

**Joseph T. Afaisen**
*Administrator,*
*CCSD / RSAT / Forensic*

**Luis M. Paulino**
*Administrative Services Officer*

February 13, 2006

MEMORANDUM

To:      Prison Security Administrator

Via:     CSW Administrator

From:    DOC Internal Physician

Subject: Detainee Edward Feely

Detainee Feely has been on hunger strike since February 6, 2006. He was hospitalized for the last three days for intravenous hydration and multi-vitamin. He is still refusing food. He is medically stable at the moment. We need court order for forced feeding in the hospital so that his condition does not deteriorate and lead to health hazards.

Thank you for your assistance.

Young Chang, MD

Cc: US Marshal

Tel No.: 475-6222 / 6298/473-7022 / 7027
Fax. No.: 473-7024

**EXHIBIT B**