LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD DONALD FEELEY,<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 05-00064<br><br>**ORDER**<br>Re: February 15, 2006<br>Government's Ex Parte<br>Motion to Force-Feed Prisoner |

Based on the Government's Ex Parte Motion to Force-Feed Prisoner, filed February 15, 2006, in the above captioned matter, and the Court finding good cause for issuance of an Order;

**IT IS HEREBY ORDERED** that the force-feeding of prisoner EDWARD DONALD FEELEY, via a nasogastric tube or any other means deemed medically necessary and under restraint as necessary to sustain his life, is authorized.

Dated this 15th day of February, 2006.

_____
**LARRY ALAN BURNS***
District Court of Guam

---

*The Honorable Larry Alan Burns, United States Senior District Judge for Southern District of California, by designation.